JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ALARCON,<br><br>Petitioner,<br><br>v.<br><br>FIDENCIO GUZMAN,<br><br>Respondent. | Case No. 2:24-cv-06108-AB (JC)<br><br>**(PROPOSED)**<br><br>**JUDGMENT** |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: July 17, 2025

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE